UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ADRIAN G. SASSEN-VAN ELSLOO,

Petitioner,

v.

DONNELLY TANKSLEY,

Respondent.

Case No. C26-438-JHC-MLP

ORDER

Having reviewed de novo the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, Dkt. # 17, and the remaining record, the Court finds and ORDERS:

(1)     The Court ADOPTS the Report and Recommendation, to which no timely objection has been filed.

(2)     Petitioner's habeas petition (dkt. # 7) and this action are DISMISSED without prejudice.

(3)     The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

//

ORDER - 1

Dated this 10th day of June, 2026.


_John H. Chun_
John H. Chun
United States District Judge

ORDER - 2